*E-FILED 09-14-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY GOLIN, individually and as next friend for NANCY K. GOLIN; ELSIE GOLIN, individually; and NANCY K. GOLIN, an incapacitated person,<br><br>   Plaintiffs,<br> v.<br><br>CLIFFORD B. ALLENBY, et al.<br><br>   Defendants. | No. C11-02618 HRL<br><br>**ORDER REFERRING CASE FOR A RELATED CASE DETERMINATION** |

Plaintiffs having indicated that this matter arises from the same facts and events presented in <u>Golin, et al. v. Allenby, et al.</u>, C03-04752WHA, the instant action is hereby referred to Judge Alsup for a determination as to whether the actions are related within the meaning of Civil Local Rule 3-12. Pending Judge Alsup's decision, the initial case management conference set for October 4, 2011 is continued to November 8, 2011, 1:30 p.m.

SO ORDERED.

Dated: September 14, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02618-HRL Notice has been electronically mailed to:

Kathleen Elizabeth Wells    lioness@got.net